No. 71–860. TROPIANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–875. IVIMEY v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th & 10th Jud. Dists. Certiorari denied.

No. 71–878. THOMAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–882. HUNTER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 71–903. JONES v. BOARD OF EDUCATION OF DAVIESS COUNTY. Ct. App. Ky. Certiorari denied.

No. 71–911. PRESSMAN v. NELLIS. Ct. App. D. C. Certiorari denied.

No. 71–917. BARBIZON ELECTRIC Co., INC. v. CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 71–922. COHN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–927. TROPIANO v. MOSELEY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 71–5753. ALTIMUS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5766. BETTKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5767. McHENRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–5768. CLAYTON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.